UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YUE ZHAO | CIVIL ACTION NO. 2:25-cv-2474 |
| VERSUS | JUDGE SARAH S VANCE |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM | MAGISTRATE JUDGE EVA J. DOSSIER |

## DEFENDANT THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND'S RULE 12(B)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, The Administrators of the Tulane Educational Fund ("Tulane"), which, without waiving and expressly reserving any other motions, arguments, objections, and defenses to this action, appears solely pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and respectfully moves this Honorable Court to dismiss all claims asserted against Tulane by Plaintiff Yue Zhao ("Plaintiff") in the Complaint (R. Doc. 1) filed on December 11, 2025. As set forth more fully in Defendant's Memorandum in Support, the granting of this Motion to Dismiss is warranted because Plaintiff fails to adequately state a claim for Discrimination and Failure to Accommodate under the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("Section 504") (Count I), Retaliation under the ADA and Section 504 (Count II), Hostile Educational Environment under Section 504 (Count III), Breach of Contract (Count IV), Negligent Supervision, Training, Retention, and Gross Negligence (Count VI), Detrimental Reliance (Count VII), Failure to Provide Accommodation Procedures under the ADA and Section 504 (Count XI), and National Origin Discrimination under Title VI of the Civil Rights Act of 1964 ("Title VI") (Count XII) as a matter

PD.60467343.2

of law. Defendant respectfully moves this Court for an order dismissing all claims against Tulane at Plaintiff's costs, with prejudice, including such other relief to which Defendant may be entitled.

**WHEREFORE**, Defendant, the Administrators of the Tulane Educational Fund, respectfully requests that this Motion be granted; that all claims against it in the Complaint be dismissed, at Plaintiff's costs, with prejudice; and that Defendant be awarded any other relief this Court deems proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Rebecca Sha*
Kim M. Boyle (La. Bar No. 18133)
Rebecca S. Sha (La. Bar No. 35317)
Andrew M. Albritton (La. Bar No. 39780)
Caroline E. Perlis (La. Bar No. 40905)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: boylek@phelps.com:
rebecca.sha@phelps.com
andrew.albritton@phelps.com
caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANT THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2026, I filed the foregoing by using the CM/ECF system and have served notice of the filing pursuant to Local Rule 5.4 and Fed. R. Civ. P. 5(b) to Pro-Se Plaintiff, Yue Zhao by certified mail to 500 Aries Dr. Apt 5A, Mandeville, LA 70471.

*/s/ Rebecca Sha*
REBECCA SHA