## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YUE ZHAO** | **CIVIL ACTION NO. 2:25-cv-2474** |
| **VERSUS** | **JUDGE SARAH S VANCE** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

## **NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that undersigned counsel for Defendant, The Administrators of the Tulane Educational Fund will submit its Rule 12(b)(6) Motion to Dismiss before the Honorable Sarah S Vance, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 4th day of March 2026 at 10:00 AM, or as soon thereafter as counsel may be heard.

This 30th day of January, 2026.

                                                     Respectfully submitted,

                                                     **PHELPS DUNBAR LLP**

BY:  */s/ Rebecca Sha*
       Kim M. Boyle (La. Bar No. 18133)
       Rebecca S. Sha (La. Bar No. 35317)
       Andrew M. Albritton (La. Bar No. 39780)
       Caroline E. Perlis (La. Bar No. 40905)
       Canal Place | 365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130
       Telephone: 504 566 1311
       Facsimile: 504 568 9130
       Email: boylek@phelps.com:
              rebecca.sha@phelps.com
              andrew.albritton@phelps.com
              caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANT THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2026, I filed the foregoing by using the CM/ECF system and have served notice of the filing pursuant to Local Rule 5.4 and Fed. R. Civ. P. 5(b) to Pro-Se Plaintiff, Yue Zhao by certified mail to 500 Aries Dr. Apt 5A, Mandeville, LA 70471.

                                                   /s/ *Rebecca Sha*
                                                   REBECCA SHA