UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YUE ZHAO | CIVIL ACTION NO.  2:25-cv-2474 |
| VERSUS | JUDGE SARAH S VANCE |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM | MAGISTRATE JUDGE EVA J. DOSSIER |

### INDIVIDUAL DEFENDANTS DAVID CROSSLIN, HEATHER MACHADO, AND LEE HAMM'S RULE 12(B)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Individual Defendants, David Crosslin ("Dr. Crosslin"), Heather Machado ("Dr. Machado"), and Lee Hamm ("Dr. Hamm") (collectively, the "Individual Defendants"), who, without waiving and expressly reserving any other motions, arguments, objections, and defenses to this action, appear solely pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and respectfully move this Honorable Court to dismiss all claims asserted against them by Pro-Se Plaintiff, Yue Zhao, ("Plaintiff") in the Complaint (R. Doc. 1) filed on December 11, 2025. As set forth more fully in Individual Defendants' Memorandum in Support, the granting of this Motion to Dismiss is warranted because Plaintiff's allegations against Individual Defendants fail to adequately state a claim for Intentional Infliction of Emotional Distress (Count V), Negligent Supervision, Training, Retention, and Gross Negligence (Count VI), Defamation (Count VIII), Abuse of Rights (Count IX), and Fraud (Count X) as a matter of law. Individual Defendants respectfully move this Court for an order dismissing all claims against them at Plaintiff's costs, with prejudice, including such other relief to which Individual Defendants may be entitled.

**WHEREFORE**, Individual Defendants, David Crosslin, Heather Machado, and Lee Hamm, respectfully request that this Motion be granted; that all claims against them in the

PD.60466671.3

Complaint be dismissed, at Plaintiff's costs, with prejudice; and that Individual Defendants be awarded any other relief this Court deems proper.

          Respectfully submitted,

          **PHELPS DUNBAR LLP**

          BY:  */s/ Rebecca Sha*
                 Kim M. Boyle (La. Bar No. 18133)
                 Rebecca S. Sha (La. Bar No. 35317)
                 Andrew M. Albritton (La. Bar No. 39780)
                 Caroline E. Perlis (La. Bar No. 40905)
                 Canal Place | 365 Canal Street, Suite 2000
                 New Orleans, Louisiana 70130
                 Telephone: 504 566 1311
                 Facsimile: 504 568 9130
                 Email: boylek@phelps.com
                         rebecca.sha@phelps.com
                         andrew.albritton@phelps.com
                         caroline.perlis@phelps.com

          **ATTORNEYS FOR DEFENDANTS DAVID CROSSLIN, HEATHER MACHADO, AND LEE HAMM**

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2026, I filed the foregoing by using the CM/ECF system and have served notice of the filing pursuant to Fed. R. Civ. P. 5(b)(2) and Local Rule 5.4 to Pro-Se Plaintiff, Yue Zhao by certified mail to 500 Aries Dr. Apt 5A, Mandeville, LA 70471.

          */s/ Rebecca Sha*
          REBECCA SHA