UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YUE ZHAO | CIVIL ACTION NO. 2:25-cv-2474 |
| VERSUS | JUDGE SARAH S VANCE |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM | MAGISTRATE JUDGE EVA J. DOSSIER |

**ORDER**

CONSIDERING the foregoing *Motion to Enroll Andrew M. Albritton as Additional Counsel of Record for Defendants*,

IT IS HEREBY ORDERED that the Motion is GRANTED. Andrew M. Albritton (La. Bar Roll No. 39780) of the firm Phelps Dunbar LLP is enrolled as additional counsel for Defendants The Administrators of the Tulane Educational Fund, and individual Defendants, David Crosslin, Heather Machado, and Lee Hamm.

SIGNED this  2nd  day of        February       , 2026 in    New Orleans   , Louisiana.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

PD.60572903.1