**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, February 4, 2026 4:49 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | amended complaint.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Wednesday, February 4, 2026 - 04:49.

The information for this submission is:

**Filer's Name:** Yue Zhao

**Filer's Email:** omniscientyue@gmail.com

**Filer's Mailing Address:** 500 Aries Dr Apt 5A, Mandeville, LA 70471

**Filer's Phone Number:** 5042611861

**Filer's Case Number (If Known):** 25-2474

**Filer's Case Name (If Known):** Zhao v. Tulane

**Submitted Document Description:** Amended Complaint

1