UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# NOTICE OF DEFICIENT FILING

Yue Zhao
500 Aries Dr
Apt 5A
Mandeville, LA 70471

**SUBJECT**: 25-2474 "R"(3)

**DATE OF ISSUANCE**: 2-6-2026

**Your Amended Complaint has been received but is deficient as noted below:**

**Federal Rules of Civil Procedure 15(a):** *Amendments Before Trial - (1) A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. (2) In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.*

**Local Rule 7.6:** *Before filing any motion for leave to intervene, amend pleadings or file a third-party complaint, the moving party must attempt to obtain consent for the filing and granting of the motion from all parties having an interest to oppose. If consent is obtained, the motion need not be assigned a submission date, but must be accompanied by a proposed order and include a certification by counsel for the moving party of the consent of opposing counsel.*

Permission of Court is required to amend and/or supplement your pleading. You must submit a motion, in proper pleading format, requesting permission to do so. If an opposing party has made an appearance in the matter, you must attempt to gain their consent to amend and/or supplement your pleading. If consent is gained, you must include a certificate of consent and a proposed order along with your motion. If you do not have consent of all opposing parties who have made an appearance, then your motion must include a separate Memorandum in Support and Notice of Submission and the motion must be assigned an appropriate submission date.

**Please return the pleading, in compliance with Local Rule 7.6, within <u>21 calendar days</u> from the date of this letter.**

**If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.**

                                                Carol L. Michel
                                                Clerk of the Court

                                          By: *Stacy Pecoraro*
                                               Stacy Pecoraro
                                                Deputy Clerk

**Mail Response to:**
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

Rev. 5/23/2022