UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YUE ZHAO | CIVIL ACTION NO. 2:25-cv-2474 |
| VERSUS | JUDGE SARAH S VANCE |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM | MAGISTRATE JUDGE EVA J. DOSSIER |

**DEFENDANTS' RULE 12(B)(6)**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come Defendants, David Crosslin ("Dr. Crosslin"), Heather Machado ("Dr. Machado"), and Lee Hamm ("Dr. Hamm") (collectively, the "Individual Defendants"), and The Administrators of the Tulane Educational Fund ("Tulane") who, without waiving and expressly reserving any other motions, arguments, objections, and defenses to this action, appear solely pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and respectfully move this Honorable Court to dismiss all claims asserted against them by Pro-Se Plaintiff, Yue Zhao, ("Plaintiff") in the Amended Complaint (R. Doc. 13) filed on February 4, 2026. For the reasons set forth more fully in Defendants' Memorandum in Support and in the original Motions to Dismiss filed by the Individual Defendants (R. Doc. 7) and Tulane (R. Doc. 6), the granting of this Motion to Dismiss is warranted because Plaintiff's allegations against Defendants fail to adequately state a claim for Discrimination and Failure to Accommodate under the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("Section 504") (Count I), Retaliation under the ADA and Section 504 (Count II), Breach of Contract (Count III), Intentional Infliction of Emotional Distress (Count IV), Fraudulent Inducement (Count V), Negligent Supervision, Training, Retention, and Gross Negligence (Count VI), Defamation (Count VII), Abuse of Rights (Count VIII), and National Origin Discrimination under Title VI of the Civil

PD.61071327.1

Rights Act of 1964 ("Title VI") (Count XII), as a matter of law. Defendants respectfully move this Court for an order dismissing all claims against them at Plaintiff's costs, with prejudice, including such other relief to which Defendants may be entitled.

**WHEREFORE**, Defendants, David Crosslin, Heather Machado, Lee Hamm, and Tulane respectfully request that this Motion be granted; that all claims against them in the Amended Complaint be dismissed, at Plaintiff's costs, with prejudice; and that Defendants be awarded any other relief this Court deems proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Rebecca Sha
Kim M. Boyle (La. Bar No. 18133)
Rebecca S. Sha (La. Bar No. 35317)
Andrew M. Albritton (La. Bar No. 39780)
Caroline E. Perlis (La. Bar No. 40905)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kim.boyle@phelps.com
rebecca.sha@phelps.com
andrew.albritton@phelps.com
caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANTS TULANE UNIVERSITY, DAVID CROSSLIN, HEATHER MACHADO, AND LEE HAMM**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of March, 2026, I filed the foregoing by using the CM/ECF system and have served notice of the filing pursuant to Fed. R. Civ. P. 5(b)(2) and Local Rule 5.4 to Pro-Se Plaintiff, Yue Zhao by certified mail and electronic mail to 500 Aries Dr. Apt 5A, Mandeville, LA 70471 and omniscientyue@gmail.com.

                                                     /s/ *Rebecca Sha*
                                                      REBECCA SHA

PD.61071327.1