U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED          Mar 30 2026

CAROL L. MICHEL
CLERK

SP                                    EDSS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YUE ZHAO** | **CIVIL ACTION NO. 2:25-cv-2474** |
| **VERSUS** | **JUDGE SARAH S. VANCE** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff, Yue Zhao, respectfully moves for leave to file a short sur-reply, not exceeding five pages, limited solely to matters first raised in Defendants' reply memoranda in further support of their motions to dismiss.[1]

### I. INTRODUCTION

Defendants' reply memoranda introduce new arguments, new authorities, and new applications of law to the allegations in Plaintiff's Amended Complaint that were not presented in Defendants' opening motions. Because Plaintiff had no prior opportunity to address those matters, a short sur-reply is necessary to ensure a fair and complete presentation of the issues before the Court.

This request is limited. Plaintiff does not seek to reargue issues already fully briefed. Instead, Plaintiff seeks leave to respond only to those matters first introduced in reply so that the Court may evaluate the pending motions on a complete and balanced record.

### II. LEGAL STANDARD

---

[1] E.D. La. LR 7.2, 7.4, 7.7.

Although supplemental briefing is not filed as of right, leave is appropriate where a reply brief raises new matters and the non-movant has not otherwise had an opportunity to answer them. The Fifth Circuit has made clear that a district court may consider an argument raised for the first time in a reply brief only if the non-movant is given an adequate opportunity to respond before the court rules.[2]

Relatedly, the Fifth Circuit has long recognized that arguments raised for the first time in a reply brief ordinarily are not reviewed at all.[3]  A short sur-reply therefore serves the interests of fairness and judicial efficiency by allowing the Court either to disregard newly raised arguments or to consider them only after Plaintiff has had an opportunity to respond.

### III. DEFENDANTS RAISED NEW MATTERS IN REPLY

Here, Defendants' reply memoranda do more than respond to Plaintiff's opposition.  They add new authorities, recast the governing standards, and advance new legal theories and characterizations of the Amended Complaint that were not squarely presented in the opening motions. Plaintiff's opposition necessarily addressed the motions as filed; it could not address arguments and authorities that appeared only later in reply.

Absent leave to file a short sur-reply, Defendants would have the final word on issues Plaintiff has never had a meaningful opportunity to answer.  That is precisely the circumstance in which limited supplemental briefing is warranted.  Plaintiff accordingly seeks leave to file a narrowly tailored sur-reply directed only to those new matters first raised in reply.

### IV. A LIMITED SUR-REPLY WILL NOT CAUSE DELAY OR PREJUDICE

Granting this motion will not meaningfully delay the Court's consideration of the pending motions.  Plaintiff seeks permission to file only a short sur-reply, limited in scope and directed solely to newly raised matters.  Allowing that filing will assist the Court by sharpening the issues

---

[2]Thompson v. Dallas City Attorney's Office, 913 F.3d 464, 471 (5th Cir. 2019) (quoting Vais Arms, Inc. v. Vais, 383 F.3d 287, 292 (5th Cir. 2004)).
[3]Peteet v. Dow Chem. Co., 868 F.2d 1428 (5th Cir. 1989).

and ensuring that any arguments first raised in reply are met with a fair response.

Nor will Defendants suffer prejudice from such limited relief. Defendants have already had the opportunity to present their opening arguments and their reply. Plaintiff seeks only a brief opportunity to respond to matters that were unavailable for response when Plaintiff filed the opposition.

### V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file a short sur-reply, not exceeding five pages, limited solely to matters first raised in Defendants' reply memoranda.

Respectfully Submitted,

Date of signing: 3/30/2026

Signature of Plaintiff:

Printed Name of Plaintiff: Yue Zhao

Address: 500 Aries Dr Apt 5A

Mandeville, LA 70471

### Certification of Service

I hereby certify that on this 30th day of March, 2026, a true and correct copy of the foregoing filing was submitted by the Pro Se Plaintiff through the Court's Electronic Document Submission System (EDSS) for filing with the Clerk of Court for the United States District Court for the Eastern District of Louisiana. Upon filing by the Clerk on the Court's CM/ECF system, service was thereby effected upon all counsel of record for Defendants, each of whom is registered to receive electronic service through CM/ECF.