## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YUE ZHAO** | **CIVIL ACTION NO.  2:25-cv-2474** |
| **VERSUS** | **JUDGE SARAH S VANCE** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND; DAVID CROSSLIN; HEATHER MACHADO; LEE HAMM** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

**MAY IT PLEASE THE COURT:**

Defendants, David Crosslin, Heather Machado, Lee Hamm, and The Administrators of the Tulane Educational Fund ("Tulane") respectfully submit this Opposition to Plaintiff Yue Zhao's Motion for Leave to File Sur-Reply (R. Doc. 22), with respect to the fully-briefed Motion to Dismiss filed by Defendants (R. Doc. 18). Plaintiff has utterly failed to show good cause for leave of court to file additional briefing on an issue that he has had ample opportunity to respond to, relying only on conclusory statements about the nature of Defendants' Reply in Support and failing to point to any newly-raised argument that would present any need for a sur-reply (because there is none). He further fails to cite to controlling legal authority that supports his position and does not include a proposed pleading alongside his Motion for Leave.

Plaintiff filed his initial Complaint on December 9, 2025. The individual Defendants and Tulane each filed Motions to Dismiss pursuant to Rule 12(b)(6) on January 30, 2026.[1] Without opposing that Motion, on February 6, 2026, Plaintiff amended his allegations with the operative Amended Complaint.[2] Both original Motions to Dismiss remain pending, and Plaintiff has not

---

[1] R. Doc. 6 (Tulane's Motion to Dismiss); R. Doc. 7 (Individual Defendants' Motion to Dismiss).

[2] Plaintiff removed his claims for Hostile Educational Environment (original Count III) and Failure to Provide Accommodation Procedures (original Count XI).

opposed either motion; accordingly, both are fully submitted before the Court.[3] On March 13, 2026, Defendants filed a second Motion to Dismiss to address the claims in Plaintiff's Amended Complaint, to the extent that they differed from the original Complaint.[4] Plaintiff filed his Opposition on March 15, 2026, and Defendants filed a brief Reply addressing the arguments in Plaintiff's Opposition on March 30, 2026.[5] The noticed Submission Date on the Motion to Dismiss was April 1, 2026.

Plaintiff's Motion for Leave misstates the standard for obtaining leave to modify the established briefing schedule and file a sur-reply. The Eastern District of Louisiana Local Rules provide that, after the noticed submission date, "no further briefing will be allowed, except with prior leave of court."[6] In the Fifth Circuit, sur-replies are "heavily disfavored."[7] Only when "new arguments or evidence" are raised for the first time in a reply should the district court "either give the other party an opportunity to respond or decline to rely on the new arguments and evidence."[8] Leave of court for the filing of a sur-reply is proper in "extraordinary circumstances on a showing of good cause."[9]

Plaintiff's Motion for Leave does not point to a single "new" argument or piece of evidence in Defendants' Reply.[10] Instead, he vaguely refers to Defendants' Reply as adding "new authorities, recast[ing] the governing standards, and advance[ing] new legal theories and characterizations of the Amended Complaint that were not squarely presented in the opening motions." This is neither

---

[3] R. Doc. 6, R. Doc. 7.

[4] R. Doc. 18.

[5] R. Doc. 19, R. Doc. 21.

[6] E.D. La. LR 7.2.

[7] *Butler v. S. Porter*, 999 F.3d 287, 297 (5th Cir. 2021).

[8] *Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 99 F.4th 770, 774 (5th Cir. 2024)

[9] *See Mission Toxicology, LLC v. Unitedhealthcare Ins. Co.*, 499 F. Supp. 3d 350, 359 (W.D. Tex. 2020).

[10] R. Doc. 22.

sufficient for a showing of good cause, nor is it accurate. All of the legal issues in Defendants' Reply were explicitly brought up in Plaintiff's Opposition, and Defendants' Reply was specifically tailored to the arguments raised in Plaintiff's Opposition. Defendants even referenced Plaintiffs' arguments throughout the brief to demonstrate that these arguments are in response to Plaintiff's own. He has thus been afforded "the opportunity to respond." These arguments were made as a standard reply brief, as authorized by the Federal Rules and Local Rules. Plaintiff is not entitled to leave of court to file a sur-reply. Further, none of Defendants' arguments on reply were "new arguments" on which the Court should decline to rely.

In any case, Plaintiff's assertion that granting the motion will not cause delay or prejudice is inaccurate. Plaintiff has already had the opportunity to respond to Defendants' original Motions to Dismiss, which he failed to do, instead filing an Amended Complaint to attempt to remedy his pleading deficiencies. The parties have now collectively filed over 100 pages of briefing under Rule 12 regarding Plaintiff's two complaints. There is no need, no good cause, and no justification for leave to continue filing unnecessary briefs. The Motions to Dismiss are fully briefed, submitted to the Court, and ready to be decided.

Because Plaintiff has not shown good cause for leave to file a sur-reply, and because such leave is both unnecessary and dilatory to this proceeding, the Court should deny Plaintiff's Motion for Leave and decide Defendants' Motions to Dismiss on the merits, as currently submitted.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Rebecca Sha*
Kim M. Boyle (La. Bar No. 18133)
Rebecca S. Sha (La. Bar No. 35317)
Andrew M. Albritton (La. Bar No. 39780)

Caroline E. Perlis (La. Bar No. 40905)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email:  kim.boyle@phelps.com
          rebecca.sha@phelps.com
          andrew.albritton@phelps.com
          caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANTS TULANE
UNIVERSITY, DAVID CROSSLIN, HEATHER
MACHADO, AND LEE HAMM**

PD.61324321.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2026, I filed the foregoing by using the CM/ECF system and have served notice of the filing pursuant to Fed. R. Civ. P. 5(b)(2) and Local Rule 5.4 to Pro-Se Plaintiff, Yue Zhao by certified mail and electronic mail to 500 Aries Dr. Apt 5A, Mandeville, LA 70471 and omniscientyue@gmail.com.

/s/ *Andrew M. Albritton*
ANDREW M. ALBRITTON