UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YUE ZHAO                                        CIVIL ACTION

VERSUS                                          NO. 25-2474

THE ADMINISTRATORS OF THE                       SECTION "R"
TULANE EDUCATIONAL FUND ET
AL.


### ORDER DENYING MOTION FOR STATUS CONFERENCE


Before the Court is the motion of plaintiff Yue Zhao for a status conference.[1] Defendants The Administrators of the Tulane Educational Fund, David Crosslin, Heather Machado, and Lee Hamm have opposed plaintiff's motion.[2]

IT IS ORDERED that the request for a status conference is DENIED. The issue is not joined, and motions to dismiss are pending. A status conference is not warranted at this time. The parties are free to voluntarily attempt to conciliate this dispute.

New Orleans, Louisiana, this __12th__ day of June, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 26.
[2]    R. Doc. 27.