UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YUE ZHAO                                             CIVIL ACTION

VERSUS                                               NO. 25-2474

ADMINISTRATORS OF THE                               SECTION "R" (3)
TULANE EDUCATIONAL FUND ET
AL.


## JUDGMENT


Considering the Court's Order and Reasons on file herein,[1]

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's claims

are DISMISSED WITH PREJUDICE.


New Orleans, Louisiana, this 17th day of June, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE


---

[1]  R. Doc. 29.